to believe that the vehicle would attempt to cross, and that he did all that was possible to stop the car, but that stopping it before the collision occurred was impossible.

6. STREET RAILROADS, § 73*—*when failure to ring gong or absence of lights is immaterial.* Failure to ring a gong or have lights upon an approaching street car is nct important where one injured in crossing the track admits having seen the car approaching before his vehicle went upon the track.

7. STREET RAILROADS, § 131*—*when evidence shows contributory negligence in crossing track with vehicle.* Evidence in an action to recover for personal injuries through colliding with a street car in crossing the track, *held* to show plaintiff's contributory negligence.

---

**Louis Wald, Appellee, v. Morris Lilienthal et al., trading as Lilienthal, Berman & Elisberg, Appellants.**

**Gen. No. 23,343.    (Not to be reported in full.)**

Appeal from the Municipal Court of Chicago; the Hon. SHERIDAN E. FRY, Judge, presiding. Heard in this court at the March term, 1917. Affirmed. Opinion filed December 3, 1917.

**Statement of the Case.**

Action by Louis Wald, plaintiff, against Morris Lilienthal, Ruby Berman and Harry Elisberg, copartners, trading as Lilienthal, Berman & Elisberg, defendants, for salary and commissions claimed under a contract. From a judgment for plaintiff for $187.69, defendants appeal.

McEWEN, WEISSENBACH & SHRIMSKI, for appellants; JEROME J. CERMAK, of counsel.

HYMAN L. WEISS, for appellee.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

MR. JUSTICE McSURELY delivered the opinion of the court.

## Abstract of the Decision.

APPEAL AND ERROR, § 1414*—*when finding of court on conflicting evidence not disturbed.* In an action to recover salary and commissions, tried by the court without a jury, where the evidence is conflicting, the finding of the trial court in favor of the plaintiff will not be disturbed on appeal unless clearly and manifestly against the weight of the evidence.

## G. Fred Schorr, Appellee, v. John T. Shayne & Company, Appellant.

### Gen. No. 23,352.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. KICK-HAM SCANLAN, Judge, presiding. Heard in this court at the March term, 1917. Affirmed. Opinion filed December 3, 1917.

### Statement of the Case.

Action of assumpsit by G. Fred Schorr, plaintiff, against John T. Shayne & Company, defendants, to recover damages for a breach of contract of employment. From a judgment for plaintiff for $1,397.50, defendant appeals.

O'SHAUGHNESSY & O'SHAUGHNESSY, for appellant.

H. G. COLSON, for appellee; PHILIP S. BROWN, of counsel.

MR. JUSTICE McSURELY delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.